AO 450 (Rev.5/85) Judgment in a Civil Case

# United States District Court

District of Utah

PATRICIA REYES,

    Plaintiff,

v.

N.A.R. INC., and OLSON ASSOCIATES, P.C.,

    Defendants.

**JUDGMENT IN A CIVIL CASE**

Case Number: 1:20-cv-00007-HCN

IT IS ORDERED AND ADJUDGED

That this action is dismissed. Plaintiff's federal claims are dismissed with prejudice. Plaintiff's state law claims are dismissed without prejudice.

June 29, 2021

*Date*

BY THE COURT:

_____
Howard C. Nielson, Jr.
United States District Judge